## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiffs,

    v.                                  CIVIL ACTION NO.: 1:25-cv-59

MITCHELL B. STOTLAND,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE RESPONSE TO COMPLAINT

COMES NOW Defendant, Dr. Mitchell B. Stotland ("**Defendant**"), by counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), states as follows for his Unopposed Motion for Extension of Time to File Response to Complaint:

Plaintiff filed its Complaint on June 26, 2025 ("**Complaint**") (ECF No. 1) and issued a Waiver of Service of Summons on July 2, 2025. Defendant waived service of process and his response to the Complaint is currently due on August 31, 2025.[1]

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend an existing deadline on a showing of good cause. Good cause exists in this matter, as the parties are in active settlement discussions and believe this matter can be resolved without additional litigation.

Accordingly, Defendant respectfully requests that the Court grant this Motion and extend his deadline for responding to the Complaint to **November 3, 2025**.

---

[1] August 31, 2025 is a Sunday. Monday, September 1, 2025 is Labor Day. Therefore, Defendant's response to the Complaint is actually due on September 2 pursuant to Federal Rule of Civil Procedure 6(a)(1)(C).

This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Defendant sufficient time to settle this matter. This is Defendant's first request for an extension of time.

WHEREFORE, Defendant respectfully requests that this Court grant this Motion and Order that Defendant be allowed an extension of time to respond to the Complaint, up to and including **November 3, 2025**.

DATED: September 2, 2025           Respectfully submitted,

/s/Brandy M. Rapp
Brandy M. Rapp, Esq. (WV Bar ID No. 10200)
Whiteford, Taylor & Preston LLP
10 S. Jefferson Street, Suite 1110
Roanoke, VA 24011
T: 540.759.3577
brapp@whitefordlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to all Counsel of Record.

*/s/Brandy M. Rapp*