# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

   Plaintiffs,

v.     CIVIL ACTION NO.: 1:25-cv-59

MITCHELL B. STOTLAND,

   Defendant.

## ORDER

THIS MATTER having come before the Court on Defendant's Unopposed Motion for Extension of Time to File Response to Complaint, and the Court having considered the Motion and for good cause shown;

IT IS on this 3rd day of September, 2025

ORDERED that Defendant is hereby granted until November 3, 2025 to file a response to the Complaint.

*Tom S Kleeh* (signature)

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA

WE ASK FOR THIS:

*/s/Brandy M. Rapp*
Brandy M. Rapp, Esq. (WV Bar ID No. 10200)
Whiteford, Taylor & Preston LLP
10 S. Jefferson Street, Suite 1110
Roanoke, VA 24011
T: 540.759.3577
brapp@whitefordlaw.com


*/s/ Christopher J. Prezioso*
Christopher J. Prezioso
Assistant United States Attorney
WV Bar No. 9384
United States Attorney's Office
P.O. Box 591
Wheeling, WV 26003
Phone: (304) 234-0100
Fax: (304) 234-0112
E-mail: Christopher.J.Prezioso@usdoj.gov