**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | **CIVIL ACTION NO. 1:25-CV-59** |
| ) | |
| **MITCHELL B. STOTLAND,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**JOINT MOTION FOR AN EXTENSION**

NOW COMES Plaintiff, the United States, and Defendant, Mitchell B. Stotland, to respectfully request an extension of the current deadlines set forth in this matter.

The United States filed a Complaint against Defendant on June 26, 2025. On September 2, 2025, Defendant requested an extension of time to file a response to the Complaint because the parties were in active settlement discussions. (ECF No. 3.) The Court granted the motion and extended the deadline for responding to the Complaint to November 3, 2025. (ECF No. 4.) On September 19, 2025, the Court entered its First Order and Notice regarding Discovery and Scheduling Conference, which includes deadlines for a meeting report by October 31, 2025, and for initial disclosures by November 17, 2025. (ECF No. 5.)

After continuing settlement discussions, the parties reached a resolution, in principle. At this time, the parties anticipate having the necessary documentation to finalize the matter executed within the next thirty days. Accordingly, the parties respectfully request a thirty-day extension of the Court's current deadlines.

        Respectfully submitted,

        MATTHEW L. HARVEY
        UNITED STATES ATTORNEY

By:   /s/ *Stephanie K. Savino*
       Stephanie K. Savino
       Assistant United States Attorney
       WV Bar No. 13684
       United States Attorney's Office
       P.O. Box 591
       Wheeling, WV 26003
       Phone:  (304) 234-0100
       Fax:  (304) 234-0112
       E-mail: Stephanie.K.Savino@usdoj.gov

       /s/ *Christopher J. Prezioso*
       Christopher J. Prezioso
       Assistant United States Attorney
       WV Bar No. 9384
       United States Attorney's Office
       P.O. Box 591
       Wheeling, WV 26003
       Phone:  (304) 234-0100
       Fax:  (304) 234-0112
       E-mail: Christopher.J.Prezioso@usdoj.gov

       *Counsel for Plaintiff*

       /s/ *Brandy M. Rapp*
       Brandy M. Rapp
       WV Bar No. 10200
       Whiteford, Taylor & Preston LLP
       10 S. Jefferson Street, Suite 1110
       Roanoke, VA 24011
       Phone:  (540) 759-3577
       E-mail: brapp@whitefordlaw.com

       *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, Stephanie K. Savino, do hereby certify that I electronically filed the Joint Motion for an Extension with the Clerk of the Court by using the CM/ECF system on this 27th day of October, 2025.

/s/ *Stephanie K. Savino*