**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 1:25-CV-59** |
| | ) |
| **MITCHELL B. STOTLAND,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR AN EXTENSION**

The parties, having reached a resolution, in principle, of this matter, jointly moved this Court to extend the current deadlines by thirty days. After thorough consideration and for good cause shown, said motion is hereby **GRANTED**. It is accordingly **ORDERED** that the current deadlines in this matter, (*see* ECF Nos. 4, 5), are extended by thirty days.

**IT IS SO ORDERED.**

DATED: _____

_____
**THOMAS S. KLEEH, CHIEF JUDGE**
**NORTHERN DISTRICT OF WEST VIRGINIA**