### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:25-CV-59 |
| | ) |
| **MITCHELL B. STOTLAND,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER OF DISMISSAL

This day came the United States of America and Defendant, Mitchell B. Stotland, by and through the undersigned counsel, advising the Court that the parties have entered into a Settlement Agreement. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties have entered into an agreed order stipulating to the dismissal of this matter, with prejudice, in accordance with the Settlement Agreement entered into by the parties.

After consideration of the stipulation and agreement of the parties:

IT IS HEREBY ORDERED that this matter is DISMISSED, with prejudice, in accordance with the Settlement Agreement entered into by the United States and Defendant.

IT IS FURTHER ORDERED that the Clerk of this Court shall close this matter and strike it from the active docket of this Court.

ENTERED: _____

_____
The Honorable Thomas S. Kleeh
Chief United States District Court Judge

Prepared and approved by:

/s/ *Stephanie K. Savino*
Stephanie K. Savino
Assistant United States Attorney
WV Bar No. 13684
United States Attorney's Office
P.O. Box 591
Wheeling, WV 26003
Phone: (304) 234-0100
Fax: (304) 234-0112
E-mail: Stephanie.K.Savino@usdoj.gov

/s/ *Christopher J. Prezioso*
Christopher J. Prezioso
Assistant United States Attorney
WV Bar No. 9384
United States Attorney's Office
P.O. Box 591
Wheeling, WV 26003
Phone: (304) 234-0100
Fax: (304) 234-0112
E-mail: Christopher.J.Prezioso@usdoj.gov

*Counsel for the United States of America*

/s/ *Brandy M. Rapp*
Brandy M. Rapp
WV Bar No. 10200
Whiteford, Taylor & Preston LLP
10 S. Jefferson Street, Suite 1110
Roanoke, VA 24011
Phone: (540) 759-3577
E-mail: brapp@whitefordlaw.com

*Counsel for Defendant*